IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRICE BUILDING COMPANY, INC.,

    Plaintiff,

vs.                             CASE NO. 5:10cv31/RS-MD

SUANN LEE and GLENDA E. LEE,

    Defendants.
_____/

## ORDER

Plaintiff Brice Building Company, Inc.'s Motion To Reconsider (Doc. 12) is **denied**. Plaintiff shall file a response to Defendants' Motion For Sanctions (Doc. 11) not later than May 4, 2010.

**ORDERED** on April 27, 2010.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**