IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRICE BUILDING COMPANY, INC.,

        Plaintiff,

vs.                                                  CASE NO. 5:10cv31/RS-MD

SUANN LEE and GLENDA E. LEE,

        Defendants.
_____/

## ORDER

Consideration of the award of attorney's fees and costs to Defendant Suann Lee is deferred until Defendant's attorneys properly comply with the requirements of N.D. Fla. Loc. R. 54.1(E)(1) which requires "...sufficient detail to identify the exact nature of the work performed." Defendant's attorney shall comply with the requirements of N.D. Fla. Loc. R. 54.1(E)(1) not later than June 14, 2010.

**ORDERED** on June 7, 2010.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**