IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRICE BUILDING COMPANY,
INC.

    Plaintiff,

vs.                             CASE NO. 5:10cv31/RS-MD

SUANN LEE and
GLENDA LEE,

    Defendants.
_____/

## ORDER

On May 7, 2020, I granted Defendant Suann Lee's motion for sanctions and awarded her attorneys' fees and costs from Plaintiff. (Doc. 15). I instructed the parties to proceed pursuant to N.D. Fla. Loc. R. 54.1(E) to determine the amount of fees. (Doc. 15). Defendant filed an affidavit with the amount of attorneys' fees, as well a supporting affidavit from an attorney stating that Defendant's rate of hourly compensation was reasonable. (Doc. 16, Doc. 17). Plaintiff objected to Defendant's calculations due to Defendant's failure to set forth the hours with sufficient detail to identify the exact nature of the work performed, as required by N.D. Fla. Loc. R. 54.1(E)(1). (Doc. 18). I deferred consideration of the award of attorneys' fees and costs until Defendant's attorneys properly complied with the requirements of the Local Rules. (Doc. 20). On June 8, 2010, Defendant filed

1

amended attorney time records itemizing with particularity the work performed. (Doc. 21, Doc. 22).

Pursuant to N.D. Fla. Loc. R. 54.1(E)(4), Plaintiff had 14 days after service of the updated affidavit to accept or reject the amount claimed as attorneys' fees. Although Plaintiff previously objected based on lack of specificity, Plaintiff has made no further objections after receiving updated attorney time records identifying with specificity the work performed.

I find that Defendant's amount of time and hourly rate are reasonable. Therefore, judgment is entered for Defendant Suann Lee against Plaintiff for attorneys' fees and costs in the amount of $6,671.21.

**ORDERED** on October 22, 2010.

/s/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**