IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRICE BUILDING COMPANY, INC.,

    Plaintiff,

vs.                                                                  CASE NO. 5:10cv31/RS-MD

SUANN LEE and GLENDA E. LEE,

    Defendants.
_____/

## ORDER

Before me is the Joint Motion To Vacate Order (Doc. 24).

**IT IS ORDERED** that the Judgment which was entered by the Order (Doc. 23) dated October 22, 2010, is vacated.

**ORDERED** on November 16, 2010.

                                           /S/ Richard Smoak
                                           **RICHARD SMOAK**
                                           **UNITED STATES DISTRICT JUDGE**